UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21- 21328-CIV-COOKE/O'SULLIVAN

JOE NATHAN PYATT, JR.,

    Plaintiff,

v.

SECURE LIVE MEDIA, LLC,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on the Motion to Proceed in Forma Pauperis (DE# 3, 4/7/21) filed by the plaintiff pro se. Title 28, United States Code, Section 1915(a) authorizes the "prosecution or defense of any suit . . . without prepayment of fees or security thereof, by a person who submits an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security thereof." 28 U.S.C. § 1915(a). "A court may not deny an [in forma pauperis] motion without first comparing the applicant's assets and liabilities in order to determine whether he has satisfied the poverty requirement." Thomas v. Chattahoochee Jud. Cir., 574 F. App'x 916, 917 (11th Cir. 2014). The motion, declaration and supporting documents filed by the plaintiff in the instant case do not provide the Court with sufficient information to determine whether the plaintiff's financial circumstances warrant the plaintiff proceeding in forma pauperis. Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Proceed in Forma Pauperis (DE# 3, 4/7/21) is **DENIED without prejudice to renew no later than Monday, May 3, 2021**. If the plaintiff wishes to renew his motion, the plaintiff should do so by using the attached Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), which will provide the Court with a more complete affidavit and allow the

Court to determine whether the plaintiff's financial circumstances allow him to proceed in forma pauperis pursuant to 28 U.S.C. 1915(a)(1).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **12th** day of April, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies mailed by Chambers to:

Joe Nathan Pyatt, Jr.
7840 Harding Ave. 6
Miami Beach, FL 33141
PRO SE

Joe N. Pyatt
10750 SW 11th Street
Miami, FL 33174-2511

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❐ Yes | ❐ No |
| (b) Rent payments, interest, or dividends | ❐ Yes | ❐ No |
| (c) Pension, annuity, or life insurance payments | ❐ Yes | ❐ No |
| (d) Disability, or worker's compensation payments | ❐ Yes | ❐ No |
| (e) Gifts, or inheritances | ❐ Yes | ❐ No |
| (f) Any other sources | ❐ Yes | ❐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

     4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

     5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

     6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

     7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

     8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

     *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

                                                       *Applicant's signature*

                                                          *Printed name*